No. 87–1287. HUMPHRIES *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF

LABOR, ET AL. C. A. 4th Cir. Motion of International Longshoremen's Association, AFL–CIO, for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.